**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 06-7051

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILBERT ANTHONY NEAL,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  James A. Beaty, Jr., District Judge.  (2:94-cr-00300-JAB-1)

———————

Submitted: September 28, 2006        Decided: October 11, 2006

———————

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Wilbert Anthony Neal, Appellant Pro Se.  Lawrence Patrick Auld, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wilbert Anthony Neal appeals the district court's orders denying his motion for correction of judgment and his motion for reconsideration of the denial of that motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Neal</u>, No. 2:94-cr-00300-JAB-1 (M.D.N.C. filed Feb. 28, 2006 & entered Mar. 1, 2006; May 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

- 2 -